UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH R. WIERCKZ, | ) | |
|               Plaintiff, | ) | |
| | ) | No. 1:25-cv-547 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| GREENSTATE CREDIT UNION, | ) | |
|               Defendant. | ) | |
| | ) | |

## JUDGMENT

The court has resolved all pending claims and, therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   August 21, 2025                          /s/  Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge