UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOSEPH R. WIERCKZ,

    Plaintiff,

v.                                                                   Hon. Paul L. Maloney

GREENSTATE CREDIT UNION,                      Case No. 1:25-cv-547

    Defendant.
_____/

## ORDER DENYING LEAVE TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

This is a civil action brought under 42 § 1983. On August 21, 2025, the Court entered an order adopting the report and recommendation of the magistrate judge and judgment dismissing the action. (ECF Nos. 43, 44.) On October 16, 2025, the Court entered an order denying Plaintiff's motion to alter judgment. (ECF No. 47.) Plaintiff now has filed a notice of appeal and a motion for leave to proceed *in forma pauperis* on appeal. (ECF No. 48.)

A non-prisoner desiring to proceed on appeal *in forma pauperis* must obtain pauper status under Federal Rule of Appellate Procedure 24(a). *See Callihan v. Schneider*, 178 F.3d 800, 803–04 (6th Cir.1999). Rule 24(a) provides that if a party seeks pauper status on appeal, he must first file a motion in the district court, along with a supporting affidavit. Fed. R. App. P. 24(a)(1). However, Rule 24(a) also provides that if the district court certifies that an appeal would not be taken in good faith, or otherwise denies leave to appeal *in forma pauperis*, the party must file his motion to proceed *in forma pauperis* in the Court of Appeals. Fed. R. App. P. 24(a)(4)-(5); *see also* 28 U.S.C. § 1915(a)(3) (providing that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith").

Good faith is judged objectively, *see Coppedge v. United States*, 369 U.S. 438, 445 (1961), and an appeal is not taken in good faith if the issue presented is frivolous, defined as lacking an arguable basis either in fact or law. *See Dellis v. Corr. Corp. of Am.*, 257 F.3d 508, 511 (6th Cir. 2001). For the reasons stated in the Report and Recommendation (ECF No. 39), and Order Adopting (ECF No. 43), Plaintiff's appeal is frivolous and lacking in good faith. Therefore,

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (as taken from ECF No. 48) is DENIED. If Plaintiff wishes to proceed with his appeal, he must pay the $605.00 appellate fee to the Clerk of this Court within 28 days of this order. See 28 U.S.C. §§ 1913, 1917; 6 Cir. I.O.P. 3; Court of Appeals Miscellaneous Fee Schedule § 1 (Dec. 1, 2023).  Alternatively, Plaintiff may file a motion for leave to proceed *in forma pauperis* in the Court of Appeals pursuant to the requirement set forth in Fed. R. App. P. 24(a)(5).

IT IS SO ORDERED.

Date:  November 17, 2025                              /s/   Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge